**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>David T. Veale</u>

    v.                                             Case No. 02-mc-11-SM

<u>State of New Hampshire, et al.</u>

**O R D E R**

Plaintiff's motion for leave to file is inadequate, as it does not comply with Chief Judge McAuliffe's order of September 1, 1999.  As Chief Judge McAuliffe stated in his February 25, 2002 order:

> Plaintiff's motion for leave to file <u>must clearly and concisely state how the subject matter of the proposed suit differs from, or why it is unrelated to, the subject matter of previous litigation instituted by them, or either of them, in federal or state court</u>.

Simply stating that it relates to acts committed since March of 2000 through August 2006 and does not relate to any other pending litigation is insufficient.

The motion for leave to file is denied.

**SO ORDERED.**

                         /s/ James R. Muirhead
                         James R. Muirhead
                         United States Magistrate Judge

Date: August 22, 2007

cc:  David T. Veale, pro se