## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>David and Scott Veale</u>

    v.                                            Civil No. 02-mc-11-SM

<u>USA et al.</u>

### **O R D E R**

Plaintiffs' complaint and motion does not comply with Chief Judge McAuliffe's order of September 1, 1999.  As Chief Judge McAuliffe stated in his February 25, 2002 order:

> Plaintiff's. . . must clearly and concisely state how the subject matter of the proposed suit differs from, or why it is unrelated to, the subject matter of previous litigation instituted by them, or either of them, in federal or state court.

In fact, plaintiffs are seeking to revive a case dismissed in 1999.  They are restricted from such a filing, the appeal period has run and the statute of limitations has expired.

The request for leave to file is denied.

**SO ORDERED.**

                                         _/s/ James R. Muirhead_____
                                         James R. Muirhead
                                         United States Magistrate Judge

Date: May 5, 2008
cc:  David T. Veale, pro se
     Scott W. Veale, pro se