UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David T. Veale and
Scott W. Veale,
  Plaintiffs

  v.           Case No. _____

Robert T. Furness, DVM, et al.,
  Defendants

**O R D E R**

  Plaintiffs are restricted filers and must obtain leave of
court before filing any new complaint.  <u>See</u> Order dated September
1, 1999, Civil No. 02-020-M.

  Having reviewed the proposed complaint, it is apparent that
the subject matter differs from, and is unrelated to, the
previous litigation that led to the order restricting plaintiffs'
filings.  Accordingly, plaintiffs' complaint will be docketed.

  That is not to say, however, that the complaint properly
invokes federal jurisdiction (complete diversity seems absent and
the federal claim is doubtful) or is of any merit; merely that
the complaint does not involve any issues previously litigated.
(In 2006, a similar complaint was filed by David Veale against
two of the defendants named here, but involved a different pet —
civil docket no. 06-cv-419).

  The complaint will be reviewed in the normal course before
service is allowed.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

April 19, 2010

cc:  David T. Veale, <u>pro</u> <u>se</u>
     Scott W. Veale, <u>pro</u> <u>se</u>