UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Scott W. Veale and
David T. Veale,
    Plaintiffs

v.                                Case No. 02-mc-11

United States of America, et al.,
    Defendants

**ORDER OF RECUSAL**

I recuse myself from this case.

**SO ORDERED.**

*(signature)*
Steven J. McAuliffe
Chief Judge

March 24, 2011

cc:  David T. Veale
      Scott W. Veale