```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**David Veale, et al.**

   **v.**                                Case No. 02-mc-011-SM

**Dr. Robert Furness, DVM, et al.**

## O R D E R

I recuse myself from presiding over this case and direct that the case be assigned to another judge.

SO ORDERED.

                                             /s/Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

March 25, 2011

cc: David Veale, pro se
    Scott Veale, pro se