UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Scott W. Veale and</u>
<u>David T. Veale</u>

     v.                     Case No. 02-mc-11-SM

<u>United States of America, et al.</u>

### ORDER OF RECUSAL

    I hereby recuse myself from presiding over this case.


**SO ORDERED.**

                                                   _____
                                                   Joseph N. Laplante
                                                   United States District Judge

Dated:  March 28, 2011

cc:  David T. Veale, pro se
     Scott W. Veale, pro se