UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David T. Veale, et al.</u>

    v.                                     Civil No. 02-mc-11-SM

<u>United States of America, et al.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding over this case.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  March 28, 2011

cc:  David T. Veale, Esq.
     Scott W. Veale, Esq.