UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David T. Veale, et al.</u>

    v.                           Civil No. 02-mc-11-SM

<u>United States of America, et al.</u>

<u>ORDER OF RECUSAL</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  March 29, 2011

cc:  David T. Veale, pro se
     Scott W. Veale, pro se