UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David T. Veale, et al

v.                                         NH Miscellaneous Case No. 02-mc-11

United States of America, et al

ORDER

After due consideration of the [50] Objection filed, I herewith approve the [49] Report and Recommendation of Lincoln D. Almond dated April 25, 2011.

It is ordered that [38] Plaintiffs' Motion for Leave to File Federal Tort Claim (Document No. 38) is denied and the Plaintiffs' Motions to Proceed In Forma Pauperis (Document Nos. 39 and 40) are denied as moot.

SO ORDERED.

May 17, 2011

_____
Mary M. Lisi
Chief Judge


cc:    David T. Veale, pro se
       Scott W. Veale, pro se