UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David T. Veale, et al</u>

v.                          NH Miscellaneous Case No. 02-mc-11

<u>United States of America, et al</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the [59] Report and Recommendation of Magistrate Judge Lincoln D. Almond dated June 15, 2011.

It is ordered that the Plaintiffs' Motion for Leave to Proceed In Forma Pauperis on Appeal (Document No. 58) be DENIED.

SO ORDERED.

July //, 2011

　　　　　　　　　　　　　　　　　　　Mary M. Lisi
　　　　　　　　　　　　　　　　　　　Chief Judge

cc:   David T. Veale, pro se
      Scott W. Veale, pro se