UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Scott W. Veale, et al</u>

          v.          NH Miscellaneous Case No. 02-mc-11

<u>United States of America, et al</u>

<u>O R D E R</u>

After due consideration of the [76] Objection filed, I herewith approve the [74] Report and Recommendation of Magistrate Judge Lincoln D. Almond dated August 16, 2011.

SO ORDERED.

**<u>/s/ Mary M. Lisi</u>**
Chief U.S. District Judge
**September 7, 2011**


cc:    Scott W. Veale, pro se
       David T. Veale, pro se